UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MARY CONNER, *on behalf of herself and all others similarly situated*,

        Plaintiff,

-against-

FARMICIA LLC,

        Defendant.

Case No.: 18-CV-00419

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, FARMICIA LLC, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _____
Jeremy D. Mishkin, Esq.
Montgomery McCracken Walker & Rhoads LLP
123 South Broad Street
Philadelphia, PA 19109
Telephone: 215-772-7246
jmishkin@mmwr.com

Date: 3-29-18

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: 3-29-18

SO ORDERED

_____
U.S.D.J.