# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARY CONNOR on behalf of herself** | : | **CIVIL ACTION** |
| **and all others similarly situated** | : | |
| | : | |
| **v.** | : | **NO. 18-419** |
| | : | |
| **FARMICIA LLC** | : | |

## ORDER

**AND NOW**, this 30th day of March 2018, upon considering the parties' Stipulation of dismissal (ECF Doc. No. 4), it is **ORDERED:**

1. This action is **DISMISSED WITH PREJUDICE** under agreement of counsel and Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and,

2. The Clerk of Court shall mark this action **CLOSED** for statistical and all other purposes.

**KEARNEY, J.**